UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER,

          Plaintiff,                **NOTCE OF VOLUNTARY DISCONTINUANCE**

vs.

                                          Case No. 3:20-CV-407 (BKS/ML)

SHREE HARI HOTELS, LLC.,

          Defendant.

**PLEASE TAKE NOTICE THAT** whereas no party hereto is an infant or incompetent person for whom a conservator has been appointed, that this matter is hereby voluntary discontinued with prejudice and without costs to any party.

Dated: May 26, 2020

                                              Law Offices of Peter Sverd, PLLC
                                              Attorneys for Plaintiff
                                              225 Broadway - Suite 613
                                              New York, NY 10007
                                              (646) 751-8743
                                              Psverd@sverdlawfirm.com