UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEBORAH LAUFER,

        Plaintiff,

vs.

SHREE HARI HOTELS, LLC.,

        Defendant.

**NOTCE OF VOLUNTARY DISCONTINUANCE**

Case No. 3:20-CV-407 (BKS/ML)

**PLEASE TAKE NOTICE THAT** whereas no party hereto is an infant or incompetent person for whom a conservator has been appointed, that this matter is hereby voluntary discontinued with prejudice and without costs to any party.

Dated: May 26, 2020

Law Offices of Peter Sverd, PLLC
Attorneys for Plaintiff
225 Broadway - Suite 613
New York, NY 10007
(646) 751-8743
Psverd@sverdlawfirm.com

IT IS SO ORDERED:

Brenda K. Sannes
U.S. District Judge

Dated: May 26, 2020
Syracuse, NY